UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
Eastern Division

Elizabeth Brockman
                        Plaintiff,

v.                                      Case No.: 1:09−cv−06816
                                      Honorable Joan B. Gottschall

Bay Area Credit Service, LLC
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 23, 2009:

      MINUTE entry before the Honorable Joan B. Gottschall: ( Status hearing set for 1/13/2010 at 10:00 AM.) Plaintiff is directed to advise the defendants of the status hearing forthwith. Parties are directed to discuss settlement of case, consent to proceed before the Magistrate Judge and a proposed discovery plan. See Judge Gottschall's civil case management information about pretrial case management procedures. This information is located on the website: http//www.ilnd.uscourts.gov. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.